IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

NEIL L. RANLY,                          :

    Plaintiff,                       :
                                            Case No. 3:14cv00334

vs.                                     :
                                            District Judge Thomas M. Rose

CAROLYN W. COLVIN,                      : Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration,                :

    Defendant.                       :

---

# DECISION AND ENTRY

---

      The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

      Accordingly, it is hereby **ORDERED** that:

1.    The Report and Recommendations filed on October 26, 2015 (Doc. #11) is ADOPTED in full;

2.    This case be REMANDED to the Commissioner under Sentence 6 of 42 U.S.C. §405(g); and

3.    This case is administratively closed while the Social Security Administration considers the new and material evidence on remand. However, this Court retains jurisdiction over this action such that should Plaintiff be dissatisfied with the new decision of the Commissioner on

2

remand, Plaintiff may petition the Court for entry of an Order reinstating the case on the active docket for judicial review of the new decision. Plaintiff must file said petition within 30 days of the date of the Commissioner's final decision.  If neither party takes issue with the Commissioner's final decision following remand, the prevailing party shall, within 30 days of the Commissioner's decision, petition the Court for entry of a Final Order adopting and ratifying the new decision.

November 16, 2015                                              *s/Thomas M. Rose

_____
Thomas M. Rose
United States District Judge